**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

J.G-R.,                                             :
                                                   :
    Petitioner,                                    :
                                                   :
v.                                                 :          CASE NO.: 7:26-CV-146 (LAG)
                                                   :
Warden, IRWIN COUNTY DETENTION                     :
CENTER, *et al.*,                                  :
                                                   :
    Respondents.                                   :
                                                   :

## <u>ORDER</u>

Petitioner having received a bond hearing as ordered by the Court and failing to show

cause why Petitioner's application for habeas relief is not moot, this case is dismissed.

**SO ORDERED**, this 30th  day of June, 2026.

           /s/ Leslie A. Gardner
           **LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**

2