IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JORGE GOMEZ-RAMOS,                                    *

                Petitioner,                        *

v.                                                    Case No. 7:26-cv-146 (LAG-AGH)
                                     *

WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,                                       *

                Respondents.                      *
_____

## **J U D G M E N T**

Pursuant to this Court's Order dated June 30, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 1st day of July, 2026.

                                  David W. Bunt, Clerk


                                  s/ Katie Logsdon, Deputy Clerk